**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 25-CV-80245-RLR**

REDCON1, LLC,

Plaintiff/Counter-Defendant,

v.

WWEX FRANCHISE HOLDINGS, LLC
d/b/a WORLDWIDE EXPRESS,

Defendant/Counterclaimant.
_______________________________________/

**DEFENDANT WWEX FRANCHISE HOLDINGS, LLC'S RULE 26(a)(2)(C)**
**REBUTTAL EXPERT WITNESS DISCLOSURE**

Defendant WWEX Franchise Holdings, LLC d/b/a Worldwide Express ("WWEX"), by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 26(a)(2)(C) and 26(a)(2)(D)(ii), hereby discloses the following non-retained corporate expert witness in rebuttal to the opinions disclosed by Plaintiff's expert, Jonathan Couchman

**NON-RETAINED REBUTTAL WITNESSES**

1. Jack Pearlstein
   Chief Financial Officer
   WWEX Franchise Holdings, LLC d/b/a Worldwide Express

Mr. Pearlstein is WWEX's Chief Financial Officer and is responsible for the company's accounting, finance, and financial reporting functions. He has not been specially retained to provide expert testimony and therefore is not required to provide a written expert report pursuant to Rule 26(a)(2)(B). Any opinions offered will be based on his personal knowledge, professional experience, and review of WWEX's financial and business records.

Mr. Pearlstein may be contacted only through undersigned counsel.


ACTIVE 719215776v1

WWEX reserves the right to supplement or amend this disclosure as permitted by the Federal Rules of Civil Procedure and the Court's Scheduling Order.

## SUBJECT MATTER AND SUMMARY OF REBUTTAL OPINIONS

Mr. Pearlstein's anticipated testimony will be limited to rebuttal of the opinions offered by Plaintiff's expert, Jonathan Couchman, including:

- Critique and rebuttal of any calculations, methodologies, or assumptions used by Mr. Couchman in determining alleged damages.
- Testimony addressing whether Mr. Couchman's analysis accurately reflects invoicing data, payment history, and other financial documentation maintained in the ordinary course of business.
- Rebuttal of any opinion that WWEX did not suffer damages, that its damages were overstated, or that alleged losses were caused by factors other than Redcon1's conduct.

Mr. Pearlstein's testimony will be limited to addressing and rebutting the opinions expressed by Mr. Couchman and will not extend beyond the scope of Plaintiff's disclosed expert opinions.

## RESERVATION OF RIGHTS

WWEX reserves the right to call Mr. Pearlstein as a fact witness, expert witness, or both, as appropriate, and to supplement this rebuttal disclosure consistent with Rule 26 and the Court's Scheduling Order.

**GREENBERG TRAURIG, P.A.**
777 S. Flagler Drive, Suite 300E
West Palm Beach, FL 33401
Telephone: 561.650.7900

By:/s/ *C. Wade Bowden*
C. Wade Bowden, Esq., B.C.S.
Florida Bar No. 0090735
bowdenw@gtlaw.com
FLService@gtlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email on February 17, 2026, to all parties and counsel of record.

By: /s/ *C. Wade Bowden*
C. Wade Bowden, Esq., B.C.S.