UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:25-cv-80245-RLR

REDCON1 LLC,

Plaintiff,

vs.

WWEX FRANCHISE HOLDINGS, LLC
d/b/a WORLDWIDE EXPRESS,

Defendant.
_________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff REDCON1, LLC ("Plaintiff") and Defendant, WWEX FRANCHISE HOLDINGS, LLC d/b/a WORLDWIDE EXPRESS ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice to confirm that the parties have reached a settlement in principle of this action. Accordingly, the parties respectfully request thirty (30) days to finalize the settlement documents and submit their Joint Stipulation for Dismissal with Prejudice. They also request that all pending deadlines be canceled or stayed while the settlement documents are completed.

Dated: March 9, 2026

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: *[/s/ Alex L. Braunstein]*
W Mason
Florida Bar No. 66229
wmason@foxrothschild.com
Alex L. Braunstein
Florida Bar No. 98289
abraunstein@foxrothschild.com
Samantha M. Kunin
Florida Bar No. 1039990
skunin@foxrothschild.com
Drew Newman

**GREENBERG TRAURIG, P.A.**

By: *_/s/ C. Wade Bowden*
C. Wade Bowden
Florida Bar No. 0090735
bowdenw@gtlaw.com
FLService@gtlaw.com
777 South Flagler Drive, Suite 300E
West Palm Beach, Florida 33401
Telephone: (561) 650-7900

*Attorney for WWEX Franchise Holdings, LLC*

Florida Bar No. 1031438
dnewman@foxrothschild.com
777 South Flagler Drive, Suite 1700
West Palm Beach, Florida 33401
Telephone: (561) 804-4432

*Attorneys for Redcon1 LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of March, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve all counsel of record.

*/s/ Alex L Braunstein*
ALEX L. BRAUNSTEIN